Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FRANK CEPEDA CONCEPCION,<br><br>　　　　　　Defendant. | No.  6:15-cr-002-MJS<br><br>**MOTION TO DISMISS AND VACATE MOTION HEARING ; AND ORDER THEREON** |

　　　　Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice, and to vacate the currently scheduled Motion Hearing on February 23, 2016.

．

　　　　Dated:  February 5, 2016　　　　　　　　NATIONAL PARK SERVICE


　　　　　　　　　　　　　　　　　　　　　　　　 /S/ Susan St. Vincent_____
　　　　　　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　　　　　Acting Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Frank Cepeda Concepcion* 6:15-cr-0002-MJS, be dismissed, without prejudice, in the interest of justice, and the Motion Hearing on February 23, 2016, be vacated.

IT IS SO ORDERED.

Dated:   February 8, 2016          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE